UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JULIE TORBETT THOMAS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EAST CAROLINA UNIVERSITY and THE )<br>UNIVERSITY OF NORTH CAROLINA, )<br>Defendants. ) | **JUDGMENT**<br>**4:22-CV-30-M** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that in accordance with the court's Order entered on September 21, 2023 [DE 36], Defendants' motion to dismiss [DE 16] is GRANTED in part and DENIED in part. The court DISMISSES Torbett's claims for emotional distress and reputational damages. The court ALLOWS the remainder of Torbett's claims to proceed.

This Judgment filed and entered on September 23, 2024, and copies to:
Counsel of record for the parties (via (via CM/ECF Electronic Notification)

| | |
|---|---|
| September 23, 2024 | Peter A. Moore, Jr.<br>Clerk of Court<br><br>By: /s/ Kimberly R. McNally<br>Deputy Clerk |